IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA MOSER and CHRISTIE MOSER,** | : : : : | |
| **Plaintiffs,** | : : | **CIVIL ACTION** |
| v. | : : | **NO. 10-2003** |
| | : : : | |
| **THE PENNSYLVANIA SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS et al,** | : : : : | |
| **Defendants.** | : : : | |

## ORDER

      **AND NOW**, this \_\_\_\_ day of October, 2012, upon consideration of Defendants' Motion for Summary Judgment (Docs. 13 & 16) and Plaintiffs' Response in Opposition thereto (Doc. 15), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED**.

                                                     **BY THE COURT:**

                                                     /s/ Petrese B. Tucker

                                                   _____

                                                   **Hon. Petrese B. Tucker, U.S.D.J.**